UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Meredith H Fee § Case No. 13-55700
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that WILLIAM B. LOGAN, JR., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

170 North High Street
Columbus, Ohio 43215

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/30/2014                By: /s/ William B. Logan Jr.
                                            Trustee


*WILLIAM B. LOGAN, JR.*
*50 W. BROAD STREET*
*SUITE 1200*
*COLUMBUS, OH 43215*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: §
§
§
Meredith H Fee § Case No. 13-55700
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: William B. Logan, Jr. | $ | $ | $ |
| Trustee Expenses: William B. Logan, Jr. | $ | $ | $ |
| Attorney for Trustee Fees: William B. Logan Jr. | $ | $ | $ |
| Other: Insurance Partners Agency Inc. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____
Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Ohio Department Of Taxation | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 2 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 3 | Nelnet | $ | $ | $ |
| 4 | ASSET ACCEPTANCE | $ | $ | $ |
| 6 | Fedloan Servicing | $ | $ | $ |
| 7 | Portfolio Recovery Associates, Llc | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Ohio Department Of Taxation | $ | $ | $ |

Total to be paid to subordinated unsecured creditors      $_____

Remaining Balance      $_____

Prepared By: /s/ William B. Logan Jr.
Trustee

*WILLIAM B. LOGAN, JR.*
*50 W. BROAD STREET*
*SUITE 1200*
*COLUMBUS, OH 43215*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 30, 2014, a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object was served electronically through the Court's ECF system upon the following:

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- William B Logan    wlogan@lnlattorneys.com
- William B Logan    wlogan@lnlattorneys.com, wlogan@ecf.epiqsystems.com
- Ryan Schrader    rschrader@ohiolegalclinic.com, ryanschradermyecf@gmail.com;estrapp@ohiolegalclinic.com;rausermail@ohiolegalclinic.com

And served by regular U.S. Mail, postage prepaid, upon the parties on the attached matrix.

    /s/ William B. Logan Jr.
    William B. Logan Jr., Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:13-bk-55700<br>Southern District of Ohio<br>Columbus<br>Tue Oct 14 09:42:17 EDT 2014 | Asset Acceptance<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Barclay Bank Delaware<br>700 Prides Xing<br>Newark, DE 19713-6102 | CMI<br>4200 International<br>Carrollton, TX 75007-1930 | Capital One<br>Bankruptcy Dept.<br>P.O. Box 85667<br>Richmond, VA 23285 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Citibank South Dakota<br>P.O. Box 8112<br>South Hackensack, NJ 07606-8112 | Comenity Bank/VCTRSSEC<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| DSNB/Macys<br>Po Box 8218<br>Mason, OH 45040-8218 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Fedloan Servicing<br>Po Box 69184<br>Harrisburg, PA 17106-9184 |
| Franklin County Clerk of Courts<br>375 S. High St.<br>3rd Floor<br>Columbus, OH 43215-4520 | Franklin County Municipal Court<br>375 South High, 3rd Floor<br>Columbus, OH 43215-4520 | General Revenue Corp<br>Po Box 165050<br>Columbus, OH 43216 |
| Midland Funding<br>8875 Aero Dr.<br>San Diego, CA 92123-2255 | Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | Nelnet Loan Services<br>P.O. Box 1649<br>Denver, CO 80201-1649 |
| Ohio Attorney General<br>150 E Gay Street<br>Columbus, OH 43215-3130 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio State Univeristy<br>281 W Lane Ave<br>Columbus, OH 43210-1132 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Rossman & co<br>5500 New Albany Rd<br>New Albany, OH 43054-8704 | The Attorney General of Ohio<br>Po Box 89471<br>Cleveland, OH 44101-6471 | Meredith H Fee<br>475 Canterwood Court<br>Columbus, OH 43230-2005 |
| Ryan Schrader<br>Rauser & Associates<br>5 E. Long St., Suite 300<br>Columbus, OH 43215-2915 | William B Logan<br>50 West Broad Street<br>Suite 1200<br>Columbus, OH 43215-5907 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Bank<br>P.O. Box 8003<br>Hilliard, OH 43026 | Portfolio Recovery<br>120 Corporate Blvd<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ohio State University | (du)Ohio State University | End of Label Matrix<br>Mailable recipients   28<br>Bypassed recipients    2<br>Total                 30 |